# MAXIM MAXIMOV, LLP

### ATTORNEYS AT LAW

1600 AVE M • SECOND FLOOR
BROOKLYN • NEW YORK • 11230

EMAIL: M@MAXIMOVLAW.COM
TELEPHONE: (718) 395-3459
FACSIMILE: (718) 408-9570

July 12, 2013

**VIA ECF**
Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   Civil Action No. 1:13-cv-01246-SLT-RLM
       Kameo v. GC Services Limited Partnership

Dear Magistrate Judge Mann:

I represent the plaintiff in the above referenced matter and am informing the Court that the plaintiff has just accepted the defendant's offer of settlement. Therefore, the plaintiff requests that the Court provide that the parties may seek to reopen the matter for forty-five days instead of thirty so that the plaintiff can be assured that the funds clear my escrow account.

In light of the settlement, I request the cancellation of the initial conference scheduled for July 23, 2013.

Thank you for Your Honor's time and attention to this matter.

Very truly yours,

/s/ Maxim Maximov

Maxim Maximov, Esq.

---

*[Handwritten annotation:]* Application granted. The July 23rd initial conference is cancelled. The parties are directed to file, by August 11, 2013, a stipulation of discontinuance, with the right to reopen the case by August 30, 2013, if the settlement is not consummated.

**SO ORDERED:**
/s/
*Roanne L. Mann*
*U.S. Magistrate Judge*
Dated: 7/15/13