UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

VICTOR KAMEO on behalf of herself and
all other similarly situated consumers

                            Plaintiff,

   -against-

GC SERVICES LIMITED PARTNERSHIP

                            Defendant.

---

Index No.
1:13-cv-01246-SLT-RLM

STIPULATION OF
DISMISSAL

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 21 2013 ★

BROOKLYN OFFICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to defendant without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
       August 19, 2013

_____
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1600 Avenue M, 2nd Floor
Brooklyn, New York 11230
Office: (718) 395-3459

Dated: New York, New York
      August 19, 2013

_____
Concepcion A. Montoya
Hinshaw & Culbertson LLP
Attorney for the Defendant
800 Third Avenue, 13th Floor
New York, New York 10022
Office: (212) 471-6200

SO ORDERED:
   s/Sandra L. Townes
_____
HON. SANDRA L. TOWNES, U.S.D.J.  8/20/13

130635502v1 0945020